[No. 29095-9-I.   Division One.   December 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. VIENG V. SOMBATH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-03267-1, Terrence A. Carroll, J., entered

August 27, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Baker, J.